

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00172-CV

| | | |
|---|---|---|
| CHRISTOPHER TIMOTHY SHERMAN, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (189,894-B(A)) |
| V. | § | July 14, 2022 |
| MOLLIE MARIE SHERMAN, Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete all awards of spousal maintenance. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that appellee Mollie Marie Sherman shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach